UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-PS-O-

WILLIE DAIS,

        Plaintiff,

-v-

POLICE OFFICER OMAR RODRIGUEZ, et al.,

        Defendants.

**DECISION and ORDER**
**12-CV-0184A**

FILED JAN 3 2013
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

Plaintiff filed this *pro se* action seeking relief under 42 U.S.C. § 1983. The Court mailed the Order dated December 6, 2012 to plaintiff at his last known address, Orleans Correctional Facility. The Order was returned to the Court on December 17, 2012 as undeliverable due to plaintiff having been paroled on August 3, 2012.[1]

Plaintiff has failed to provide the Court with an address where papers may be served. Local Rule of Civil Procedure 5.2(d), which governs *pro se* actions, states: "The Court must have a current address at all times. Thus, a *pro se* litigant must inform the Court immediately, in writing, of any change of address. Failure to do so may result in dismissal of the case, with prejudice."

**Accordingly, plaintiff is directed to provide the Court with an address where papers may be served by February 5, 2013, or the case will be dismissed.**

    SO ORDERED.

Dated: 01/02/13
Buffalo, New York

WILLIAM M. SKRETNY
Chief Judge
United States District Court

---

[1] The website for the New York State Department of Corrections and Community Supervision notes plaintiff's parole from custody on August 3, 2012. *See* http://nysdoccslookup.doccs.ny.gov.