

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

WILLIE DAIS,

        Plaintiff,

     -v-

POLICE OFFICER OMAR RODRIGUEZ, et
al.,

        Defendants.

_____

12-CV-0184A
**ORDER**

By Order dated January 2, 2013, Plaintiff was directed to provide the Court with an address at which to serve papers by February 5, 2013 or the case would be dismissed.  Plaintiff was further advised that Local Rule of Civil Procedure 5.2(d), which governs pro se actions, states: "The Court must have a current address at all times. Thus, a pro se litigant must inform the Court immediately, in writing, of any change of address. Failure to do so may result in dismissal of the case, with prejudice."

Plaintiff has failed to respond to the Court's Order directing that he provide an address.  Accordingly, plaintiff's complaint is hereby dismissed with prejudice.

    **SO ORDERED.**

           S/ Michael A.  Telesca

                _____
                  MICHAEL A. TELESCA
              United States District Judge

Dated:    March 28, 2013
           Rochester, New York